# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN WARREN-HUNT, | Case No. 2:25-cv-00260-GMN-BNW |
| Petitioner, | |
| v. | **ORDER** |
| RONALD OLIVER, et al., | |
| Respondents. | |

Petitioner Ryan Warren-Hunt, a Nevada state prisoner, submitted a *pro se* Petition for Writ of Habeas Corpus (ECF No. 1-1) under 28 U.S.C. § 2254 and an Ex Parte Motion for Appointment of Counsel (ECF No. 1-2). This matter is before the Court on Warren-Hunt's Application to Proceed *In Forma Pauperis* ("IFP") (ECF No. 1).

Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates poverty through an IFP application. A prisoner's IFP application must be submitted on the Court's form and include specific financial information: (1) a certified copy of the prisoner's account statement for the six-month period prior to filing, (2) a financial certificate signed by the prisoner *and* an authorized prison official, and (3) the prisoner's financial acknowledgement confirming under the penalty of perjury that the financial information is true. 28 U.S.C. § 1915; LSR 1-1, LSR 1-2.

It appears that Warren-Hunt has requested IFP status to waive his filing fee and to support his Motion for Appointment of Counsel. However, Warren-Hunt failed to submit two required attachments for his IFP application: (1) a certified copy of his inmate trust account statement for the six-month period preceding this habeas action; and (2) a financial certificate signed by Warren-Hunt *and* by an authorized officer at the Southern Desert Correctional Center.

Thus, Warren-Hunt's IFP application lacks the appropriate financial information and documentation required by § 1915(a) and the Local Rules and is therefore denied without prejudice. Warren-Hunt will have until **March 28, 2025**, to either pay the $5.00 filing fee or submit a complete IFP application with all required attachments.

**IT IS THEREFORE ORDERED:**

1. Petitioner Ryan Warren-Hunt's Application to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED WITHOUT PREJUDICE**.

2. The Clerk of Court is directed to send Warren-Hunt *two* copies of the IFP application for incarcerated individuals along with instructions.

3. Warren-Hunt must file a complete IFP application **by March 28, 2025**, which must include: (a) a financial certificate signed by Warren-Hunt *and* an authorized prison official, (b) Warren-Hunt's financial affidavit and acknowledgement, and (c) a certified copy of Warren-Hunt's inmate trust account statement for the six-month period prior to filing. Alternatively, Warren-Hunt must pay the $5 filing fee by **March 28, 2025**.

4. The initial screening of Warren-Hunt's Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases in the United States District Courts, and his Motion for Appointment of Counsel, are deferred until such time as Warren-Hunt has fully complied with this Order.

5. If Warren-Hunt fails to comply with this Order by submitting a complete IFP application with required documents, or paying the filing fee, before the **March 28, 2025,** deadline, the Court will dismiss this case without prejudice and without advance notice.

DATED: February 11, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE